Dismissed and Opinion filed January 8, 2004









Dismissed and Opinion filed January 8, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00774-CV

____________

 

MIKA G. JEFFRIES,
Appellant

 

V.

 

CONTINENTAL AIRLINES, INC., Appellee

 



 

On Appeal from the
189th District Court

Harris County, Texas

Trial Court Cause No.
02-21583

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed March 31, 2003.  The clerk=s record was filed on October 20,
2003.  There is no reporter=s record.  No brief was filed.

On December 11, 2003, this Court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before December 22, 2003, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed January 8, 2004.

Panel consists of Justices
Edelman, Frost, and Guzman.